Court, Appellate Division, Second Department. January 21, 1910.) Action by Lena Dieterlen, as administratrix, etc., of Henry A. Dieterlen, deceased, against the New York Central & Hudson River Railroad Company.

PER CURIAM. Motion for leave to appeal to the Court of Appeals denied, without costs. Execution stayed for 30 days. See, also, 119 N. Y. Supp. 1123.

BURR, J., not voting.

In re DI GIOVANNA. (Supreme Court, Appellate Division, Second Department. January 14, 1910.) In the matter of the application of Calogera Di Giovanna for an order requiring Michael O. Rini, an attorney, to turn over moneys, etc. No opinion. Orders affirmed, with $10 costs and disbursements.

DI RENSIS, Respondent, v. SISTI, Appellent, et al. (Supreme Court, Appellate Division, Fourth Department. December 8, 1909.) Action by Marco Di Rensis against Antonio Sisti, impleaded with others. No opinion. Order affirmed, with $10 costs and disbursements.

DOGGET, Appellant, v. AMERICAN TAX-AMETER CAB CO. et al., Respondents. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Richard C. Dogget against the American Taxameter Cab Company and others. No opinion. Order affirmed, with $10 costs and disbursements.

DOHERTY, Appellant, v. CATSKILL CEMENT CO., Respondent. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by Patrick H. Doherty against the Catskill Cement Company. No opinion. Judgment and order unanimously affirmed, with costs.

DOTY, Appellant, v. NORTON, Respondent. (Supreme Court, Appellate Division, First Department. December 10, 1909.) Action by William W. Doty against Washington F. Norton. J. H. Buck, for appellant. H. L. Brant, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 133 App. Div. 106, 117 N. Y. Supp. 793.

DOTY, Appellant, v. NORTON et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by William W. Doty against Washington F. Norton and another. Jerome H. Buck, for appellant. J. H. Wadsworth, for respondents. No opinion. Order modified as stated in order, and, as modified, affirmed, with $10 costs and disbursements to respondent Delaney against plaintiff. Order filed.

DRAFFEN, Respondent, v. WALKER, Appellant. (Supreme Court, Appellate Division, Third Department. December 30, 1909.) Action by John W. Draffen against Joseph Walker. No opinion. Judgment and order unanimously affirmed, with costs.

DRAPER, Appellant, v. INTERBOROUGH RAPID TRANSIT CO. et al., Respondents. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by Sarah A. Draper, as administratrix, against the Interborough Rapid Transit Company and another. R. Foster, for appellant. J. H. Adams, for respondents. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 124 App. Div. 351, 357, 108 N. Y. Supp. 686, 691.

DRAPER. v. INTERBOROUGH RAPID TRANSIT CO. et al. (Supreme Court, Appellate Division, First Department. January 28, 1910.) Action by Sarah A. Draper, as administratrix, against the Interborough Rapid Transit Company and others. No opinion. Motion granted.

DUFFY v. SHIRDEN et al. (Supreme Court, Appellate Division. Second Department. December 10, 1909.) Action by Thomas F. Duffy against Thomas F. Shirden and others, in which Emma D. Packard appeals. No opinion. Order affirmed, with $10 costs and disbursements.

DUFFY v. SHIRDEN et al. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by Thomas F. Duffy against Thomas F. Shirden and others. No opinion. Motion for leave to appeal to the Court of Appeals denied, without costs.

EDWARDS, Respondent, v. NEW JERSEY & H. R. RY. & FERRY CO., Appellant. (Supreme Court, Appellate Division, First Department. January 21, 1910.) Action by Dean G. Edwards against the New Jersey & Harlem River Railway & Ferry Company. C. E. Thornall, for appellant. B. L. Rich, for respondent. No opinion. Order reversed on Phillips v. Tietjen, 108 App. Div. 9, 95 N. Y. Supp. 469, and case restored to calendar for trial. Order filed.

EDWARD THOMPSON CO., Respondent, v. BOUDIN, Appellant. (Supreme Court, Appellate Division, Second Department. January 21, 1910.) Action by the Edward Thompson Company against Louis B. Boudin. No opinion. Motion denied, with $10 costs. See, also, 120 N. Y. Supp. 178.

EITINGON, Appellant, v. GOLDSMITH, Respondent. (Supreme Court, Appellate Division, First Department. December 24, 1909.) Action by May Eitingon against Theresa Goldsmith. R. Wolf, for appellant. J. Frankenneimer, for respondent.

PER CURIAM. Judgment and order affirmed, with costs. Order filed.

SCOTT, J., dissents.

In re ELLWANGER'S WILL. PLUMB v. BACON. (Supreme Court, Appellate Division, Fourth Department. December 10, 1909.) In the matter of the probate of the will of George